UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


SEALED (crossed out)

UNITED STATES OF AMERICA

v.  CASE NO. 6:11-cr-238-orl-35DAB
18 U.S.C. § 2252A
GRANT ALAN BLACKBURN  18 U.S.C. § 2253 - Forfeiture

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about April 5, 2011, in Volusia County, Florida, in the Middle District of Florida,

**GRANT ALAN BLACKBURN**

the defendant herein, did knowingly possess material containing images of child pornography, that is visual depictions of a minor engaging in sexually explicit conduct, which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and using any means and facility of interstate and foreign commerce, that is, the Internet.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

### FORFEITURES

1.  The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

SCANNED

2. From his engagement in the violations alleged in Count One of this Indictment, the defendant, **GRANT ALAN BLACKBURN,** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all of his interest in:

   a. Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of this chapter;

   b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

   c. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

   The property to be forfeited includes, but is not limited to, the following:

   (1) Studio XPS Desktop Tower, Serial Number X15-53758

   (2) HP Monitor, Serial Number CNC9450XWD

   (3) Dell Keyboard, Serial Number 0U986M

   (4) Samsung Trac Phone, Serial Number RQTB191071J

   (5) Bag containing 51 CDs and DVDs

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
Myrna Amelia Mesa
Special Assistant United States Attorney

By: _____
Carlos A. Perez-Irizarry
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

GRANT ALAN BLACKBURN

## INDICTMENT

Violations:

18 U.S.C. § 2252A

A true bill,

_____
Foreperson

Filed in open court this 3rd day of August, 2011.

_____
Clerk

Bail $_____

GPO 863 525